**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>      Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>      Plaintiff,<br><br>vs.<br><br>THE LINDY BOWMAN COMPANY,<br><br>      Defendant. | Adv. Proc. No. 25-50880 (TMH) |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER APPROVING THIRD STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR RESPOND THE COMPLAINT**

The undersigned hereby certifies as follows:

1.       On August 16, 2023, George L. Miller, was appointed as the chapter 7 trustee (the "Trustee") of the Debtors' bankruptcy estates. On May 5, 2025, the Trustee filed the *Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* (the "Complaint") with the U.S. Bankruptcy Court for the District of Delaware (the "Court") against defendant The Lindy Bowman Company (the "Defendant" together with Plaintiff, the "Parties").

---

[1]     The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

2.    On or about May 15, 2025, the Plaintiff served the Defendant with a copy of the Complaint and Summons [Adv. Docket No. 3].

3.    Pursuant to Fed. R. Bankr. P. 7012, the Defendant's response to the Complaint is due on or before June 16, 2025, which was then extended to September 8, 2025 and further extended to October 8th, 2025.

4.    The Parties have agreed and entered into a stipulation, subject to this Court's approval, to further extend the Defendant's time to answer the Plaintiff's Complaint.  Attached hereto as **Exhibit A** is a proposed form of order approving the stipulation.  The stipulation is attached as Exhibit 1 to the proposed form of order.

5.    Accordingly, the Parties request that this Court enter the proposed form of order.


Dated:  October 3, 2025                              PACHULSKI STANG ZIEHL & JONES LLP

                                                     */s/ Peter J. Keane*
                                                     Bradford J. Sandler (DE Bar No. 4142)
                                                     Peter J. Keane (DE Bar No. 5503)
                                                     Edward A. Corma (DE Bar No. 6718)
                                                     919 North Market Street, 17th Floor
                                                     P.O. Box 8705
                                                     Wilmington, DE 19899-8705 (Courier 19801)
                                                     Telephone: (302) 652-4100
                                                     Facsimile:  (302) 652-4400
                                                     Email:   bsandler@pszjlaw.com
                                                              pkeane@pszjlaw.com
                                                              ecorma@pszjlaw.com

                                                     *Counsel to Plaintiff George L. Miller, Chapter 7*
                                                     *Trustee of Christmas Tree Shops, LLC, et al.*