**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>              Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al*.,<br><br>              Plaintiff,<br><br>vs.<br><br>THE LINDY BOWMAN COMPANY,<br><br>              Defendant. | Adv. Proc. No. 25-50880 (TMH) |

**ORDER APPROVING FOURTH STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANT TO ANSWER OR
RESPOND TO THE COMPLAINT**

Upon consideration of the *Fourth Stipulation for Further Extension of Time for the Defendant to Answer or Respond the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4927-1660-0663.4 57097.001

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: November 7th, 2025**
**Wilmington, Delaware**

*Thomas M. Horan*

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

**EXHIBIT 1 TO ORDER**

4927-1660-0663.4 57097.001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[3]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINDY BOWMAN COMPANY,<br><br>Defendant. | Adv. Proc. No. 25-50880 (TMH) |

**FOURTH STIPULATION FOR FURTHER EXTENSION**
**OF TIME FOR THE DEFENDANT TO ANSWER OR**
**RESPOND TO THE COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant The Lindy Bowman Company (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Fourth Stipulation for Further Extension of Time for Defendant to Answer or Respond to the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[3] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

1. The Parties agree and stipulate that the time within which the Defendant may answer the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby further extended to and including January 12, 2026.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: November 6, 2025 | Dated: November 6, 2025 |
| PACHULSKI STANG ZIEHL & JONES LLP | FEDDER AND GARTEN PROFESSIONAL ASSOCIATION |
| */s/ Peter J. Keane* | */s/ Alan F. M. Garten* |
| Bradford J. Sandler (DE Bar No. 4142) | Alan F. M. Garten, Esq. (MD Bar No. 8011010118) |
| Peter J. Keane (DE Bar No. 5503) | 10096 Red Run Blvd, Suite 200 |
| Edward A. Corma (DE Bar No. 6718) | Owings Mills, MD |
| 919 North Market Street, 17th Floor | Telephone: 443.524.2117 |
| P.O. Box 8705 | Email: amg@fedgar.com |
| Wilmington, DE 19899-8705 (Courier 19801) | |
| Telephone: (302) 652-4100 | *Counsel to Defendant* |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | |
|         pkeane@pszjlaw.com | |
|         ecorma@pszjlaw.com | |
| *Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.* | |